

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-20-2009

# USA v. Peter Nguyen

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-1332

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Peter Nguyen" (2009). *2009 Decisions.* Paper 413.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/413

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1332
_____

UNITED STATES OF AMERICA,

v.

PETER NGUYEN,
                    *Appellant.*


_____


Appeal from the United States
District Court for the Eastern District of Pennsylvania
(No. 08-cr-00089)
District Court Judge: Honorable Stewart Dalzell


_____


Submitted Under Third Circuit L.A.R. 34.1(a)
October 1, 2009
_____

Before: AMBRO, GARTH, and ROTH, *Circuit Judges*
(Opinion Filed: October 20, 2009)
_____

**OPINION**
_____


GARTH, *Circuit Judge*:

On February 13, 2008, a grand jury returned an indictment charging Nguyen with:

(1) conspiracy to distribute at least 1,000 kilograms of marijuana, (2) conspiracy to

distribute MDMA, (3) distribution of methamphetamine, ecstasy, and ketamine, and (4) conspiracy to import 60,000 MDMA pills from Canada. 21 U.S.C. §§ 841(a)(1), 846, 952(a), 963. Nguyen was tried and convicted of all four charges in August 2008, and sentenced to 276 months' imprisonment.

Nguyen filed a pro se notice of appeal. His counsel filed a motion to withdraw and supporting brief pursuant to Anders v. California, 368 U.S. 738 (1967). Counsel's brief analyzed each issue pertaining to conviction and found them to be frivolous. On review, we agree. After the government filed its brief in response, Nguyen filed an informal pro se brief as permitted by Local Appellate Rule 109.2(a), pertaining only to his sentence.

On September 5, 2009, Nguyen died in prison. Pursuant to United States v. Christopher, 273 F.3d 294 (3d Cir. 2001), we therefore abate his conviction and sentence, and remand to the District Court with instructions to dismiss the indictment.